**Omer Ray BURNS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40761.**

Missouri Court of Appeals, Western District.

May 23, 1989.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).